# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ANTHONY WILLIAMS,**

      **Plaintiff,**

      v.

**HAMILTON COUNTY JUSTICE CENTER, et al.,**

      **Defendants.**

**Case No. 1:25-cv-265**

**JUDGE DOUGLAS R. COLE**
**Magistrate Judge Gentry**

## ORDER

In her Report and Recommendation (R&R, Doc. 2), Magistrate Judge Gentry advises the Court to dismiss this action as duplicative of another pending case. Plaintiff Anthony Williams, proceeding pro se and in forma pauperis (IFP), initially filed a complaint in Case No. 1:25-cv-1. The Magistrate Judge assigned to that case screened Williams' complaint, recommended allowing one of his claims to proceed, and ordered Williams to submit updated service documents for one of the defendants. (Order & R&R, *Williams v. Sgt. Franklin*, No. 1:25-cv-1 (S.D. Ohio Apr. 1, 2025) Doc. 9, #59–62). The District Judge adopted the R&R. (Entry & Order, *Williams*, No. 1:25-cv-1, Doc. 10).

In response, Williams submitted a new summons form and Complaint (which adds a new Defendant). (Docs. 1, 1-1). Those filings led to the opening of this case. But on both the summons form and the Complaint filed in this case, Williams handwrote "1:25-cv-1," (Doc. 1, #1; Doc. 1-1, #6), indicating that the filings belong on

that other docket. Accordingly, the Magistrate Judge assigned to this case ordered that the Clerk docket the summons form and Complaint filed in this case on the docket for *Williams v. Sgt. Franklin*, No. 1:25-cv-1 (S.D. Ohio). (Doc. 2, #9). And she recommends that the Court dismiss this action as duplicative. (*Id.*). William did not object within the fourteen-day deadline.

After reviewing the relevant filings in both cases, and especially in light of the "1:25-cv-1" written on Williams' filings in this case, the Court agrees with the Magistrate Judge that this action is duplicative. The Court therefore **ADOPTS** the R&R (Doc. 2), **DISMISSES** this action, and **DIRECTS** the Clerk to **TERMINATE** this case on its docket.

**SO ORDERED.**

May 22, 2025
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

2